Mark T. Voss, Wyo. St. Bar No. 6-2897
Bernard P. Haggerty, Wyo. St. Bar No. 6-2679
Laramie County Attorney's Office
310 West 19th Street, Suite 320
Cheyenne, WY 82001
307-633-4370; 307-633-4329 (fax)
mvoss@laramiecounty.com
bernardh@laramiecounty.com

Attorneys for Defendant
Debra K. Lathrop, Laramie County Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| Anne Marie Guzzo and Bonnie Robinson;<br>Ivan Williams and Charles Killion;<br>Brie Barth and Shelly Montgomery;<br>Carl Oleson and Rob Johnston;<br>and Wyoming Equality,<br>                               Plaintiffs,<br>v.<br><br>Matthew H. Mead, in his official capacity<br>as the Governor of Wyoming; Dean Fausset, in his official<br>capacity as Director of the Wyoming Department of<br>Administration and Information; Dave Urquidez, in his<br>official capacity as Administrator of the State of Wyoming<br>Human Resources Division; and Debra K. Lathrop, in her<br>official capacity as Laramie County Clerk,<br>                               Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-cv-00200-SWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEFENDANT DEBRA K. LATHROP, LARAMIE COUNTY CLERK**

The Defendant Clerk notifies the Court and the parties that she will not appeal the preliminary injunction [Doc. 44] to the United States Court of Appeals for the Tenth Circuit.

1

RESPECTFULLY SUBMITTED this 17th day of October, 2014.

By:_____
Attorneys for the Defendant Clerk
Mark Voss, Laramie County Attorney
Bernard Haggerty, Deputy Laramie County Attorney
310 W. 19th Street, Suite 320
Cheyenne, WY 82001
Phone (307) 633-4370 Fax (307) 633-4329

## CERTIFICATE OF SERVICE

I certify that on 17th, day of October, 2014, a copy of this **NOTICE OF DEFENDANT DEBRA K. LATHROP, LARAMIE COUNTY CLERK** was served by electronic service on each of the following at the indicated address and served by U.S. Mail on the 17th, day of October, 2014:

[ X ] U.S. Mail              [____] Fed Ex
[ X ] Electronic Service     [____] Hand Delivered

L. James Lyman
Thomas W. Stoever, Jr.
Arnold & Porter LLP.
370 Seventeenth Street, Suite 4400
Denver, CO  80202-1370
Email: james.lyman@aporter.com
Attorney for Plaintiff

Wyoming Attorney General
Attn:  Ryan Schelhaas
123 Capitol Building
Cheyenne, WY  82002
Email: ryan.schelhaas@wyo.gov

_____
Laramie County Attorney's Office
310 W. 19th St., Suite 320
Cheyenne, WY  82001