AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

ANNE MARIE GUZZO, et al., )
          Plaintiffs, )
     v. )  Case No.: 14-cv-00200-SWS
MATTHEW H. MEAD, et al., )
          Defendants )

## BILL OF COSTS

Judgment having been entered in the above entitled action on 01/29/2015 against MATTHEW H. MEAD, et al. ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 500.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 195.50 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 133.35 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 828.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: Thomas W. Stoever, Jr.
Name of Attorney: Thomas W. Stoever, Jr.

For: Anne Marie Guzzo, et al.      Date: 03/25/2015
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court      Deputy Clerk      Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||||
|---|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# ATTACHMENT 1

# ARNOLD & PORTER LLP

**Rebecca A. Golz**
Rebecca.golz@aporter.com

+1 303.863.2304
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

October 15, 2014

**VIA FEDERAL EXPRESS DELIVERY**

Tracy L. Zubrod
ZUBROD LAW OFFICE, PC
219 East 18th Street
Cheyenne, WY 82001

Re: *Guzzo, et al. v. Mead, et al.*, United States District Court for the District of Wyoming, Case No.: 14-cv-00200-SWS

Dear Tracy:

Enclosed is a check made out to your firm in the amount of $500.00 for the filing fees paid by your firm in relation to the above-referenced matter. Thank you kindly for your assistance in getting the complaint submitted expeditiously.

Sincerely,

Rebecca A. Golz
Sr. Legal Assistant II

Enclosure

ARNOLD & PORTER LLP

Wells Fargo, N.A.

20026   11-24/1210

Date   October 15, 2014

555 Twelfth Street, N.W.
Washington, D.C. 20004-1202

PAY   FIVE HUNDRED AND 00/100

DOLLARS   $ 500.00

PAY TO THE ORDER OF

Zubrod Law Office, P.C.
219 East 18th Street
Cheyenne, WY 82001

ARNOLD & PORTER LLP
VOID AFTER 180 DAYS

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈ 20026⑈  ⑆121000248⑆ 4706599677⑈

| Invoice # | Invoice Date | Amount | Narrative | October 15, 2014 | 20026 |
|---|---|---|---|---|---|
| 10102014 | Oct 10/14 | $500.00 | | | |

# ATTACHMENT 2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

INVOICE NO:  20140005

**MAKE CHECKS PAYABLE TO:**

Rebecca Golz
Arnold & Porter
370 17th Street
Suite 4400
Denver, CO 80202

Phone:  (303) 863-2304

rebecca.golz@aporter.com

Anne Bowline, RMR, CRR

P.O. Box 1529
Casper, WY 82602

Phone:  (307) 235-3376

Tax ID:  83-0327742
anne@professionalreporting.com

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 11-13-2014

DATE DELIVERED: 11-18-2014

**Case Style:** 14-CV-200-S, Guzzo, et al. v Mead, et al.
Transcript of Evidentiary Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 46 | 4.25 | 195.50 | | | | | | | 195.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                                                                        MISC. CHARGES:

|  | |
|---|---|
| TOTAL: | 195.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $195.50 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                                                                DATE: 11-24-2014

*(All previous editions of this form are cancelled and should be destroyed)*

# ATTACHMENT 3

3/18/2015
11:35 AM

Arnold & Porter LLP
List of Fee and Disbursement Entries
From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015
Including: WIP, Prebill, Billed entries

Report: 199301
Req'd By: zcg2903

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Base Hourly Rate | Base Time/Unit | Base Value | Billed Time/Unit | Billed Amount | Bill Num | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091738 | National Center for Lesbian Rights | | | | | | | | | | |
| 00004 | Wyoming Marriage Equality Action | | | | | | | | | | |
| 15746104  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15746105  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15746106  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15746107  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15746103  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15746099  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15746100  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15746102  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15746101  160 | Duplicating | 10/09/14 | COPY Job made on 10092014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15747792  160 | Duplicating | 10/10/14 | COPY Job made on 10102014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15747793  160 | Duplicating | 10/10/14 | COPY Job made on 10102014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15747790  160 | Duplicating | 10/10/14 | COPY Job made on 10102014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15747791  160 | Duplicating | 10/10/14 | COPY Job made on 10102014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759844  160 | Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759842  160 | Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759845  160 | Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |

3/18/2015
11:35 AM

Arnold & Porter LLP
List of Fee and Disbursement Entries
From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015
Including: WIP, Prebill, Billed entries

Report: 199301
Req'd By: zcg2903

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Hourly Rate | Base Time/Unit | Value | Billed Time/Unit | Amount | Bill Num | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15759846 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759847 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759841 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 4 | 0.00 | 4.00 | 0.60 | 4.00 | 0.60 | 0 | 2713661 | Y |
| 15759833 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 64 | 0.00 | 64.00 | 9.60 | 64.00 | 9.60 | 0 | 2713661 | Y |
| 15759834 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 19 | 0.00 | 19.00 | 2.85 | 19.00 | 2.85 | 0 | 2713661 | Y |
| 15759835 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 17 | 0.00 | 17.00 | 2.55 | 17.00 | 2.55 | 0 | 2713661 | Y |
| 15759839 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 36 | 0.00 | 36.00 | 5.40 | 36.00 | 5.40 | 0 | 2713661 | Y |
| 15759840 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 4 | 0.00 | 4.00 | 0.60 | 4.00 | 0.60 | 0 | 2713661 | Y |
| 15759861 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759862 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759863 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15760223 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 29 | 0.00 | 29.00 | 4.35 | 29.00 | 4.35 | 0 | 2713661 | Y |
| 15760227 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 23 | 0.00 | 23.00 | 3.45 | 23.00 | 3.45 | 0 | 2713661 | Y |
| 15759855 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759849 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 9 | 0.00 | 9.00 | 1.35 | 9.00 | 1.35 | 0 | 2713661 | Y |
| 15759850 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759851 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |

3/18/2015  
11:35 AM

Arnold & Porter LLP  
List of Fee and Disbursement Entries  
From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015  
Including: WIP, Prebill, Billed entries

Report: 199301  
Req'd By: zcg2903

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Base Hourly Rate | Base Time/Unit | Base Value | Billed Time/Unit | Billed Amount | Bill Num | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15759853 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759854 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759460 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759461 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759462 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759463 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759464 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759459 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759454 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44025Xerox-copier0 by 6802 Linda Teater TOTAL PAGES: 432 | 0.00 | 432.00 | 64.80 | 432.00 | 64.80 | 0 | 2713661 | Y |
| 15759455 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759456 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759457 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759458 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 3 | 0.00 | 3.00 | 0.45 | 3.00 | 0.45 | 0 | 2713661 | Y |
| 15759471 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759822 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 55 | 0.00 | 55.00 | 8.25 | 55.00 | 8.25 | 0 | 2713661 | Y |
| 15759823 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759824 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |

**Arnold & Porter LLP**
**List of Fee and Disbursement Entries**
From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015
Including: WIP, Prebill, Billed entries

3/18/2015  11:35 AM  Report: 199301  Req'd By: zcg2903

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Hourly Rate | Base Time/Unit | Base Value | Billed Time/Unit | Billed Amount | Bill Num | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15759829 | 160 Duplicating | 10/15/14 | Print Job made on 10152014 at DN44085Xerox by XSCLOR Nicole Lorenz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759470 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 10 | 0.00 | 10.00 | 1.50 | 10.00 | 1.50 | 0 | 2713661 | Y |
| 15759465 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759466 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15759467 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15759468 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 4 | 0.00 | 4.00 | 0.60 | 4.00 | 0.60 | 0 | 2713661 | Y |
| 15759469 | 160 Duplicating | 10/15/14 | COPY Job made on 10152014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15820929 | 160 Duplicating | 11/17/14 | COPY Job made on 11172014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 14 | 0.00 | 14.00 | 2.10 | 14.00 | 2.10 | 0 | 2713661 | Y |
| 15840321 | 160 Duplicating | 11/24/14 | COPY Job made on 11242014 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| 15870182 | 160 Duplicating | 12/12/14 | COPY Job made on 12122014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15870181 | 160 Duplicating | 12/12/14 | COPY Job made on 12122014 at DN44011Xerox-copier0 by 7153 Rebecca Golz TOTAL PAGES: 1 | 0.00 | 1.00 | 0.15 | 1.00 | 0.15 | 0 | 2713661 | Y |
| 15917838 | 160 Duplicating | 01/14/15 | COPY Job made on 01142015 at DN44011Xerox275-copier0 by 7153 Rebecca Golz TOTAL PAGES: 2 | 0.00 | 2.00 | 0.30 | 2.00 | 0.30 | 0 | 2713661 | Y |
| | | | Duplicating Total | | 864.00 | 129.60 | 864.00 | 129.60 | | | |
| 15826198 | 194 Color copies | 11/19/14 | Print Job made on 11192014 at DN44011XeroxColor by 4261 L Lyman TOTAL PAGES: 5 | 0.00 | 5.00 | 3.75 | 5.00 | 3.75 | 0 | 2713661 | Y |
| | | | Color copies Total | | 5.00 | 3.75 | 5.00 | 3.75 | | | |

Matter 00004 Total

| | Disb Base | | Disb Billed | |
|---|---|---|---|---|
| | Unit | Value | Unit | Value |
| | 869.00 | 133.35 | 869.00 | 133.35 |

**Arnold & Porter LLP**

**List of Fee and Disbursement Entries**

From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015

Including: WIP, Prebill, Billed entries

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Hourly Rate | Base Time/Unit | Base Unit | Value | Base Value | Time/Unit | Amount | Bill Num | Billed Unit | Billed Value | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Disbursement Category | | nber of Entries | | | | | | | | | |
| 160 | | | Duplicating | | 62 | 864.00 | | 129.60 | | 864.00 | | 864.00 | 129.60 | |
| 194 | | | Color copies | | 1 | 5.00 | | 3.75 | | 5.00 | | 5.00 | 3.75 | |

Client Total

| | | | Disb Base | | | | Unit | Value | | | | Disb Billed Unit | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 869.00 | 133.35 | | | | 869.00 | 133.35 |

| | | | Disbursement Category | | nber of Entries | | | Base Value | | | | Billed Units | Billed Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | Duplicating | | 62 | 864.00 | | 129.60 | | 864.00 | | 864.00 | 129.60 |
| 194 | | | Color copies | | 1 | 5.00 | | 3.75 | | 5.00 | | 5.00 | 3.75 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2015 | | | | | | | | | | | | Report: 199301 |
| 11:35 AM | | | | | | | | | | | | Req'd By: zcg2903 |

## Arnold & Porter LLP
## List of Fee and Disbursement Entries
From Transaction Date: 10/6/2014 to Transaction Date: 2/10/2015
Including: WIP, Prebill, Billed entries

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Hourly Rate | Base Time/Unit | Base Value | Billed Time/Unit | Billed Amount | Bill Num | Prebill Num | Disb Billed | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**Report Total**

| | | | Disbursement Category | nber of Entries | Base Unit | Base Value | Disb Base Unit | Value | Billed Unit | Billed Value | Disb Billed Unit | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 869.00 | 133.35 | 869.00 | 133.35 | | |
| | 160 | | Duplicating | 62 | 864.00 | 129.60 | | | Billed Unit 864.00 | Billed Value 129.60 | 869.00 | |
| | 194 | | Color copies | 1 | 5.00 | 3.75 | | | 5.00 | 3.75 | | |