FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 MAY 8 AM 9 54

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ANNE MARIE GUZZO, et al., | ) | |
| Plaintiff | ) ) ) | |
| vs | ) | 14-cv-200-SWS |
| MATTHEW H MEAD, et al., | ) ) ) | |
| Defendants | ) ) | |

### CLERK'S BILL OF COSTS

Plaintiff Anne Marie Guzzo, et al., is awarded costs as follows:

| | |
|---|---|
| Filing Fee | $ 400.00 |
| Additional $100.00 requested | Cost Not Allowed |
| Costs for transcript of motion hearing proceedings[1] (Original): <br>     Transcript of evidentiary hearing <br>     46 pages @ $3.65 = $167.90 | $ 167.90 |
| Costs of Copy and Print Jobs | Cost Not Allowed |

    SEE LOCAL RULES 54.2 (f)(4) which reads in part: The costs of copies of an exhibit are taxable when copies are admitted into evidence in lieu of originals which are not available for introduction into evidence. The costs of copies submitted in lieu of originals because of convenience of offering counsel are not taxable. The costs of copies obtained for counsels' own use are not taxable.

[1]Statutory maximum allowable is $3.65 per page for original transcripts/depositions; 90¢ per page for copies.

| | |
|---|---|
| Total Costs Allowed | $ 567.90 |

Dated this 8th day of May, 2015.

STEPHAN HARRIS
Clerk of Court

*Robin Waterhouse*

By:   Robin Waterhouse
      Deputy Clerk